**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lisa Ann McGinn<br>    aka Lisa A. McGinn<br>    aka Lisa McGinn<br>    Thomas John McGinn Sr.<br>    aka Thomas J. McGinn<br>    aka Thomas J. McGinn, Sr.<br>    aka Thomas McGinn,, Sr.<br>    aka Thomas John McGinn<br>    aka Thomas McGinn<br><br>          **Debtors** | BK NO. 19-01752 RNO<br><br>Chapter 7 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Select Portfolio Servicing as servicer for Forethought Life Insurance Company and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/ James C. Warmbrodt, Esquire**
                                        James C. Warmbrodt, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322