Certificate Number: 17572-PAM-DE-032791629

Bankruptcy Case Number: 19-01752



17572-PAM-DE-032791629

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 8, 2019, at 5:15 o'clock PM PDT, Thomas J McGinn Sr completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  May 8, 2019

By:  /s/Kelly Faulks

Name:  Kelly Faulks

Title:  Counselor