```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01752-RNO
Thomas John McGinn, Sr.                                             Chapter 7
Lisa Ann McGinn
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: admin              Page 1 of 1          Date Rcvd: Aug 02, 2019
                              Form ID: fnldecac        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2019.
db/jdb         Thomas John McGinn, Sr.,   Lisa Ann McGinn,   711 Fountain St,   Ashland, PA   17921-9001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Forethought Life Insurance Company
               bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Thomas John McGinn, Sr. MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 2 Lisa Ann McGinn MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Thomas John McGinn Sr., <br> aka Thomas J. McGinn Sr., aka Thomas J. McGinn, aka Thomas McGinn, Sr., aka Thomas McGinn, aka Thomas John McGinn, | Chapter | 7 |
| | Case No. | 5:19−bk−01752−RNO |

**Debtor 1**

Lisa Ann McGinn,
aka Lisa A. McGinn, aka Lisa McGinn,

**Debtor 2**

Social Security No.:
              xxx−xx−9030        xxx−xx−2057

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**William G Schwab (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

| | |
|---|---|
| | BY THE COURT |
| Dated: August 1, 2019 | By the Court, |
| | *[signature]* |
| | Honorable Robert N. Opel, II <br> United States Bankruptcy Judge <br> By: AutoDocketer, Deputy Clerk |

**fnldecac** (05/18)